In the Matter of EDWIN LOPEZ, Respondent, v ANDREA EVANS, Appellant.

Submitted September 23, 2013; decided November 19, 2013

Motion to expand the record on appeal granted on consent.

In the Matter of DAWUD RAHMAN, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted October 15, 2013; decided November 19, 2013

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513).

ROBERT L. SCHULZ, Appellant, et al., Plaintiffs, v STATE OF NEW YORK EXECUTIVE et al., Respondents.

Submitted September 30, 2013; decided November 19, 2013

Motion for reargument of motion for leave to appeal denied [*see* 21 NY3d 1051 (2013)].

In the Matter of CHRISTOPHER SEPULVEDA, Appellant, v WILLIAM A. LEE, Respondent.

Submitted October 15, 2013; decided November 19, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.